UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| Joseph D. Allen and | ) | |
| Yolanda H. Allen, | ) | |
| | ) | |
| Plaintiffs, | ) | ORDER |
| | ) | |
| V. | ) | |
| | ) | CASE NO. 2:07-cv-02 |
| United States of America | ) | |
| | ) | |
| Defendant. | ) | |

The United States requests that a settlement conference scheduled for February 11, 2008 be postponed, and Plaintiffs do not oppose that request. The settlement conference is therefore canceled. The parties are directed to contact the Court within sixty days to reschedule the conference.

Dated this 6th day of February, 2008.


/s/ Alice R. Senechal
Alice R. Senechal
U.S. Magistrate Judge